# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CASE NO.: 6:26-cv-01108

TRO GMBH and INSTNCT GMBH,

       Plaintiffs,

v.

MAISON BABY LLC,

       Defendant.

---

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
## (INJUNCTIVE RELIEF DEMANDED)

TRO GMBH ("TRO") and INSTNCT GMBH ("INSTNCT"), by and through undersigned counsel duly admitted to the bar of this Court, hereby bring this Complaint against Defendant MAISON BABY LLC for damages and injunctive relief, and in support thereof state as follows:

## SUMMARY OF THE ACTION

1.     TRO GMBH and INSTNCT GMBH (collectively "Plaintiffs") bring this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to reproduce, distribute, and publicly perform—including by means of a digital audio transmission—its original copyrighted works of authorship.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

2.      Defendant MAISON BABY LLC ("MAISON") operates as a boutique known as Maison Baby & Kids, offering premium baby and children's clothing, toys, gear, nursery items, and gifts.

3.      At all times relevant herein, MAISON owned and operated the Instagram account "maisonbabyandkids" located at the internet URL https://www.instagram.com/maisonbabyandkids/  (the "MAISON Instagram Account").

4.      TRO GMBH and INSTNCT allege that MAISON copied Plaintiffs' copyrighted work in order to advertise, market and promote their business activities.

5.      MAISON committed the violations alleged in connection with Defendant's business.

## JURISDICTION AND VENUE

6.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8.      MAISON is subject to personal jurisdiction in Florida.

9.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) and because the events giving rise to the claims occurred in this district,

2

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

MAISON engaged in infringement in this district, MAISON resides in this district, and MAISON is subject to personal jurisdiction in this district.

## DEFENDANT

10.    Defendant is a Florida Limited Liability Company, with its principal place of business at 480 N Orlando Ave. #118, Winter Park, Florida 32789 and can be served by serving its Registered Agent, David Laxner, at 1529 Holts Grove Cir., Winter Park, Florida 32789.

## PLAINTIFF

11.    TRO GmbH is Germany's biggest full-service sound agency with offices and studios in Düsseldorf (Headquarters), Cologne and Berlin, Germany. Founded in 1989, the agency has experts in consulting, creation and production, and an extensive international studio and music talent network. TRO services brand clients in Germany, Europe and across the world to stick out in a noisy world through better sound.

12.    INSTNCT GmbH is a specialized music rights management and licensing company headquartered in Cologne, Germany. INSTNCT GmbH provides comprehensive services in music publishing, synchronization licensing, rights clearing, and license revenue optimization. Founded on the principle that music represents "that magic spark, that special instinct that turns a song into an emotion," the company positions itself as a creative partner for composers,

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

producers, brands, and media professionals seeking to navigate the complex landscape of music rights administration.

13.    INSTNCT GmbH was spun off from TRO GmbH in 2021. TRO GmbH operates as a music agency focused on brand music, sound, and voice, while INSTNCT GmbH operates as a music publisher.

## THE COPYRIGHTED WORK AT ISSUE

14.    Plaintiffs own all the rights to the album *You Make Me Happy* released on the TRO GmbH record label Firefly in 2022.

15.    The album *You Make Me Happy* was written by Caren Schultz (Pseud. Emma Patterson) and Rainer Krupka (Pseud. Adam Specter).

16.    Included in the album *You Make Me Happy* is the song "You Stole My Heart."

17.    Plaintiffs registered "You Stole My Heart" with the Register of Copyrights on May 8, 2023, and was assigned registration number PA 2-412-966. The Certificate of Registration is attached hereto as **Exhibit 1**.

18.    "You Stole My Heart" is a popular indie-pop song by German singer-songwriter My Sun and Stars (Emma Patterson), who enjoys a wide fanbase including 117,000 monthly Spotify listeners, and tens of thousands of followers on each of her Instagram, TikTok, Facebook, and YouTube accounts.

19. Plaintiffs registered the sound recording of "You Stole My Heart" performed by German singer-songwriter My Sun and Stars (Emma Patterson) with the Register of Copyrights on May 8, 2023, and was assigned registration number SR 961-794. The Certificate of Registration is attached hereto as **Exhibit 2**.

20. "You Stole My Heart" has achieved significant streaming success and social media engagement across multiple platforms.

21. As of May 13, 2026, "You Make Me Happy" has been streamed over 2.2 million times on Spotify, received 113,467 views on YouTube, 17,253 streams on SoundCloud, and 2,158 recognitions on Shazam.

22. "You Stole My Heart" was never distributed as royalty-free to commercial users or for commercial use.

23. "You Stole My Heart" is not contained in any commercial use music libraries licensed to Meta, TikTok, or other social networks.

24. "You Stole My Heart" is only available for commercial use subject to license.

## INFRINGEMENT BY DEFENDANT

25. Defendant has never been licensed to use "You Stole My Heart" for commercial purposes.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

26.     On a date after "You Stole My Heart" was created, but prior to the filing of this action, Defendant copied, distributed, and publicly performed "You Stole My Heart" for commercial purposes on Instagram.

27.     The Instagram reel posted by Defendant or authorized by it contains a video commercial advertisement for Defendant's products synchronized with "You Stole My Heart."

28.     INSTNCT discovered the unauthorized use of "You Stole My Heart" at the following Internet URL: https://www.instagram.com/p/C2VKB1VLkql/.

29.     Defendant copied, publicly performed and distributed "You Stole My Heart" synchronized to a commercial video advertisement in order to promote its business and the sale of products without Plaintiff's permission.

30.     After Defendant copied "You Stole My Heart," Defendant distributed and publicly performed—including by means of a digital audio transmission—"You Stole My Heart"  as commercial advertising to promote the sale of products made, owned, manufactured, distributed, and sold by Defendant's business.

31.     Defendant copied, distributed and publicly performed the "You Stole My Heart" in order to advertise, market and promote their social media pages, grow their social media subscriber bases, earn money from advertising to its social media followers, and engage in other money-making business activities.

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

32.    Defendant committed these violations alleged in connection with Defendant's business for purposes of advertising to the public.

33.    Defendant committed copyright infringement of "You Stole My Heart" as evidenced by the documents attached hereto as **Exhibit 3** which is a screenshot of the video posted at

https://www.instagram.com/p/C2VKB1VLkql/.

34.    INSTNCT never gave Defendant permission or authority to copy, distribute or publicly perform "You Stole My Heart."

35.    INSTNCT notified Defendant of the allegations set forth herein on January 8, 2026, but to date defendant has not ceased or desisted from ongoing infringement.

## <u>COUNT I</u>
## <u>COPYRIGHT INFRINGEMENT</u>

36.    Plaintiffs incorporate the allegations of paragraphs 1 through 35 of this First Amended Complaint as if fully set forth herein.

37.    Plaintiffs own the copyrights in "You Stole My Heart."

38.    Plaintiffs registered "You Stole My Heart" with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

39.    Defendants copied, distributed and publicly performed "You Stole My Heart" at issue in this case without Plaintiffs' authorization in violation of 17 U.S.C. § 501.

40.    Defendants performed the acts alleged in the course and scope of their business activities.

41.    Defendants' acts were willful.

42.    Plaintiffs have been damaged.

43.    The harm caused to Plaintiffs is irreparable.

WHEREFORE, the Plaintiffs TRO GmbH and INSTNCT GmbH pray for judgment against the Defendant MAISON BABY LLC that:

A.    MAISON BABY LLC be required to pay Plaintiffs' actual damages and Defendant's profits attributable to the infringement, or, at Plaintiffs' election, statutory damages, as provided in 17 U.S.C. § 504;

B.    Plaintiffs be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon;

C.    Plaintiffs be awarded pre- and post-judgment interest; and

D.    Plaintiffs be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

TRO GmbH and INSTNCT GmbH hereby demand a trial by jury of all issues so triable.

Dated: May 19, 2026                    Respectfully submitted,

/s/ Angela M. Nieves
ANGELA M. NIEVES

8

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98820
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiffs TRO GmbH and Instnct GmbH*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE