# Exhibit 3



